UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

SUMMIT SKY ADVISORY LLC,

                          Plaintiff,

-against-                                    **24 Misc. 496 (JGK) (GS)**

EASTERN AIRLINES, LLC and JET                   **VIDEO CONFERENCE ORDER**
MIDWEST, INC.,

                          Defendants,

AQUILA AIR CAPITAL MANAGEMENT, LLC,

                          Respondent.

----------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

       Per the Court's December 20, 2024 Order, this action is scheduled for a Video Conference on **Monday, December 23, 2024 at 11:00 a.m.**  The parties are directed to join the conference via Microsoft Teams at the scheduled time using the following link: **Click here to join the meeting now.**  [Meeting ID: 271 240 406 569]  [Passcode: JJ233Tz7]

       SO ORDERED.

DATED:     New York, New York
                 December 20, 2024

                                                            _____
                                                            The Honorable Gary Stein
                                                           United States Magistrate Judge