UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

SUMMIT SKY ADVISORY LLC,

                 Plaintiff/Petitioner,
-against-

EASTERN AIRLINES, LLC and JET
MIDWEST, INC.,

                 Defendants,

AQUILA AIR CAPITAL MANAGEMENT, LLC,

                 Respondent.

------------------------------------------------------------------X

**24 Misc. 496 (JGK) (GS)**

**ORDER**

**GARY STEIN, United States Magistrate Judge:**

On December 23, 2024, the Court conducted a video conference regarding the disputes raised in the parties' briefing on Petitioner's Motion to Compel (Dkt. No. 1) and Respondent's December 19, 2024 letter-motion (Dkt. No. 20). Pursuant to the discussion had and the agreements reached during the conference, it is hereby ORDERED as follows:

1. The deposition of Al Wood as Respondent's designated Rule 30(b)(6) witness shall take place either remotely or in-person in Wyoming, at Petitioners' election. The parties shall meet and confer about scheduling Mr. Wood's deposition for a date in late January or early February.

2. Respondent shall produce documents responsive to Petitioner's document subpoena in advance of Mr. Wood's deposition. The production shall be complete by January 20, 2025. Documents are to be produced on a rolling basis.

3. The parties shall meet and confer in an effort to resolve their differences over (1) the scope of Petitioner's document production, including the identity of custodians; and (2) the topics for Mr. Wood's Rule 30(b)(6) deposition.

4. The parties shall provide a joint status letter to the Court as to their progress in resolving the issues identified in Paragraph 3 and any other outstanding issues by Friday, January 10, 2025.

**SO ORDERED.**

DATED:   New York, New York
         December 23, 2024

_____
The Honorable Gary Stein
United States Magistrate Judge