**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
SUMMIT SKY ADVISORY, LLC,

                       Plaintiff,

        -against-

EASTERN AIRLINES, LLC, and JET
MIDWEST, INC.,

                      Defendants.
        -and-

AQUILA AIR CAPITAL MANAGEMENT, LLC

                     Respondent.
-----------------------------------------------------------------X

**24 Misc. 0496 (JGK) (GS)**

**ORDER**

**GARY STEIN, United States Magistrate Judge:**

As far as the docket of the underlying action in the Western District of Texas (No. 23 Civ. 1332) reflects, fact discovery was completed on April 11, 2025. The parties are directed to provide a joint status letter by **Wednesday, April 23, 2025**, as to the status of discovery between Petitioner and Respondent and whether any issues remain outstanding in this action.

    **SO ORDERED.**

DATED:   New York, New York
              April 16, 2025

_____
The Honorable Gary Stein
United States Magistrate Judge