UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUMMIT SKY ADVISORY, LLC,

               Plaintiff,

- against -

EASTERN AIRLINES, LLC, ET AL.,

               Defendants.

24-mc-496 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    It having been reported to this Court that no issues remain outstanding in this action, it is hereby ordered that this matter be discontinued with prejudice but without costs.

    Any pending motions are dismissed as moot. The Clerk of Court is directed to close this case.

SO ORDERED.
Dated:    New York, New York
          April 24, 2025

                                            John G. Koeltl
                                    United States District Judge